IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAMEAN LEE HOOPER, :

    Petitioner, : Case No. 3:04cv00405

vs. : District Judge Walter Herbert Rice
Magistrate Judge Sharon L. Ovington

ANTHONY J. BRIGANO, Warden, :
Lebanon Correctional Institution,
:
    Respondent.
:

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON AUGUST 10, 2005 (Doc. #11); GRANTING RESPONDENT'S MOTION TO DISMISS (Doc. #7); DENYING AND DISMISSING DAMEAN LEE HOOPER'S PETITION FOR A WRIT OF HABEAS CORPUS; DENYING A CERTIFICATE OF APPEALABILITY UNDER 28 U.S.C. §2253(c); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT

---

    The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on August 10, 2005 (Doc. #11) is ADOPTED in full;

2. Respondent's Motion to Dismiss (Doc. #7) is GRANTED;

3. Damean Lee Hooper's Petition for a Writ of Habeas Corpus is DENIED and DISMISSED;

4. A certificate of appealability under 28 U.S.C. §2253(c) shall not issue; and

5. The case is terminated on the docket of this Court.

*[signature]*
Walter Herbert Rice
United States District Judge